♦AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

      __MIDDLE__     District of     __ALABAMA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **ALPHONSO CLEMENTE BATTLE** | Case Number:    2:99cr112-WHA-001 |
| | USM Number:    10526-002 |
| | Michael Petersen |
| | Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s) __1 - 4 of the Amended Petition__ of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from committing a federal, state or local crime | 1/30/08 |
| 2 | Failure to refrain from illegally possessing a controlled substance | 1/30/08 |
| 3 | Failure to submit a truthful and complete written report each month | 1/30/08 |
| 4 | Failure to refrain from associating with persons engaged in criminal activity and from associating with any person convicted of a felony | 1/30/08 |

      The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:    ***-**-2271 | February 26, 2008 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth:    1973 | |
| | *[signature]* |
| | Signature of Judge |
| Defendant's Residence Address: | |
| Montgomery, AL 36116 | |
| | W. Harold Albritton, Senior United States District Judge |
| | Name and Title of Judge |
| | |
| | 2/26/08 |
| | Date |
| Defendant's Mailing Address: | |
| Montgomery, AL 36116 | |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT: ALPHONSO CLEMENTE BATTLE
CASE NUMBER: 2:99cr112-WHA-001

Judgment — Page  2  of  2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**40 months.** This sentence shall be served **consecutively** to any other sentence which might be imposed by a state court based on any actions involved in this case.
It is ORDERED that the term of supervised released imposed on April 21, 2000, is REVOKED.
The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 40 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____